UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                             ) | |
| v.                          ) | CRIMINAL NO. 22-4006 |
|                             ) | |
| **Stefanie Chiguer,**       ) | |
|     **Defendant**           ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Stephen Gregorczyk, Task Force Officer, Federal Bureau of Investigation, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Stefanie Chiguer on a criminal complaint issued by the United States District Court for the District of Columbia on January 14, 2022, charging the defendant with (1) 18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds; (2) 18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds; (3) 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building; and (4) 40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Stephen Gregorczyk
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this  18th  day of January, 2022.

_____
Hon. David H. Hennessy
United States Magistrate Judge